**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Zachary Nathanial Young                CHAPTER 13
       Sage Marie Young

        Debtor(s)                     BKY. NO. 24-13305 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                      Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
24 Sep 2024, 17:40:03, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322