UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Zachary Nathanial Young<br>    Sage Marie Young<br><br>              Debtors | Chapter 13<br>Bankruptcy No.24-13305-PMM |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 22nd day of January, 2025, by first class mail upon those listed below:

Zachary Nathanial Young
Sage Marie Young
1733 Barrett Dr
Bethlehem, PA  18017

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

                                              */s/ Kristen Gliem*
                                              Kristen Gliem
                                              for
                                              Scott F. Waterman, Esquire
                                              Standing Chapter 13 Trustee