United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Zachary Nathanial Young  
Sage Marie Young  
    Debtors

Case No. 24-13305-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Apr 24, 2025      Form ID: 155      Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Zachary Nathanial Young, Sage Marie Young, 1733 Barrett Dr, Bethlehem, PA 18017-2765 |
| 14927635 | + | Dermapath Diagnostics, PO Box 629033, El Dorado Hills, CA 95762-9033 |
| 14935635 | + | Eastern PA Gastro & Liver Specialists, 1501 N Cedar Crest Blvd Ste 110, Allentown, PA 18104-2309 |
| 14927641 | + | LVHN, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 14927643 | + | Med Solutions, 517 US 31, Greenwood, IN 46142-3932 |
| 14927644 | | Medical Imaging of Lehigh Valley PC, 2 Meridian Blvd - 3rd Floor, Reading, PA 19610-3202 |
| 14930278 | + | PENNYMAC LOAN SERVICES, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14927650 | | Revco Solutions Inc, PO Box 2724, Columbus, OH 43216-2724 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14927623 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 25 2025 00:04:00 | ADS/Comenity/IKEA, PO Box 182120, Columbus, OH 43218-2120 |
| 14927624 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 25 2025 00:04:00 | Apple Card - GS Bank USA, PO Box 7247 Lockbox 6112, Philadelphia, PA 19170-6112 |
| 14927625 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 25 2025 00:04:00 | Apple Card/GS Bank USA, Lockbox 6112 Po box 7247, Philadelphia, PA 19170-0001 |
| 14927626 | + | Email/Text: bnc-capio@quantum3group.com | Apr 25 2025 00:04:00 | AssetCare, 2222 Texoma Pkwy, Suite 180, Sherman, TX 75090-2484 |
| 14927627 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 25 2025 00:04:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 14927628 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 25 2025 00:12:28 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14927629 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2025 00:28:05 | CitiCards, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 14944223 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2025 00:28:52 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14927630 | + | Email/Text: dylan.succa@commercialacceptance.net | Apr 25 2025 00:04:00 | Commerical Acceptance Company, 2300 Gettysburg Rd -Ste 102, Camp Hill, PA 17011-7303 |
| 14927631 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 25 2025 00:12:43 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14927632 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 25 2025 00:04:00 | Dept of Ed, 121 S 13th St, Lincoln, NE |

Case 24-13305-pmm    Doc 30    Filed 04/26/25    Entered 04/27/25 00:35:29    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2025 | Form ID: 155 | Total Noticed: 66 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14927633 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 25 2025 00:04:00 | Dept of Ed, 121 South 13th St, Lincoln, NE 68508-1904 |
| 14927634 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 25 2025 00:04:00 | Dept of Education/NELNET, Po Box 82561, Lincoln, NE 68501-2561 |
| 14930230 | | Email/Text: mrdiscen@discover.com | Apr 25 2025 00:04:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14927636 | + | Email/Text: mrdiscen@discover.com | Apr 25 2025 00:04:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14941539 | | Email/Text: bankruptcy@greenskycredit.com | Apr 25 2025 00:04:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 14927640 | | Email/Text: Harris@ebn.phinsolutions.com | Apr 25 2025 00:04:00 | Harris & Harris LTD, 111 West Jackson Blvd - Suite 400, Chicago, IL 60604-4135 |
| 14943319 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 25 2025 00:04:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14945565 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2025 00:04:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14947966 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2025 00:12:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14927642 | ^ | MEBN | Apr 25 2025 00:01:43 | Mazda Financial Services, PO Box 330, Buffalo, NY 14231-0330 |
| 14947666 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2025 00:04:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14927645 | + | Email/Text: bnc@nordstrom.com | Apr 25 2025 00:04:34 | Nordstrom/TD Bank USA, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14927646 | + | Email/PDF: cbp@omf.com | Apr 25 2025 00:12:19 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |
| 14931960 | + | Email/PDF: cbp@omf.com | Apr 25 2025 00:12:42 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14929114 | + | Email/PDF: cbp@omf.com | Apr 25 2025 00:12:39 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 14927647 | | Email/Text: bankruptcies@penncredit.com | Apr 25 2025 00:04:00 | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14930241 | ^ | MEBN | Apr 25 2025 00:01:20 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14927649 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 25 2025 00:04:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 14948958 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 25 2025 00:04:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14927648 | + | Email/PDF: ebnotices@pnmac.com | Apr 25 2025 00:27:59 | PennyMac, P.o. Box 514387, Los Angeles, CA 90051-4387 |
| 14939454 | + | Email/PDF: ebnotices@pnmac.com | Apr 25 2025 00:12:05 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14939751 | | Email/PDF: ebnotices@pnmac.com | Apr 25 2025 00:29:22 | PennyMac Loan Services, LLC., P.O. Box 660929, Dallas TX 75266-0929 |
| 14950015 | | Email/Text: bnc-quantum@quantum3group.com | Apr 25 2025 00:04:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14947337 | | Email/Text: bnc-quantum@quantum3group.com | Apr 25 2025 00:04:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 14933204 | | Email/Text: bnc-quantum@quantum3group.com | Apr 25 2025 00:04:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14947965 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2025 00:12:24 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14927653 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 25 2025 00:12:05 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14927654 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 25 2025 00:12:28 | SYNCB/At Home DC, PO Box 965013, Orlando, FL 32896-5013 |
| 14927655 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 25 2025 00:12:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14927656 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 25 2025 00:12:05 | SYNCB/Care Credit, PO Box 71715, Philadelphia, PA 19176-1715 |
| 14927657 | + | Email/Text: bankruptcy@greenskycredit.com | Apr 25 2025 00:04:00 | SYNOVUSBK/GreenSky, 5565 Glenridge Connector, Atlanta, GA 30342-4756 |
| 14944377 | | Email/Text: ebn_bkrt_forms@salliemae.com | Apr 25 2025 00:04:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14927651 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Apr 25 2025 00:04:00 | Sallie Mae Inc, PO Box 3229, Wilmington, DE 19804-0229 |
| 14949760 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 25 2025 00:28:05 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14947664 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2025 00:04:00 | TD Bank, Jefferson Capital Systems LLC, Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 14927658 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2025 00:29:28 | The Home Depot - CitiBank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14940103 | ^ | MEBN | Apr 25 2025 00:01:35 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |
| 14949898 | ^ | MEBN | Apr 25 2025 00:01:36 | Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |
| 14927659 | | Email/Text: bknotice@upgrade.com | Apr 25 2025 00:04:00 | Upgrade Inc, 2 N Central Ave - Fl 10, Phoenix, AZ 85004 |
| 14927660 | | Email/Text: bknotice@upgrade.com | Apr 25 2025 00:04:00 | Upgrade Inc, 275 Battery St - FL 22, San Francisco, CA 94111 |
| 14932906 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 25 2025 00:04:00 | US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1904 |
| 14932905 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 25 2025 00:04:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 14927661 | + | Email/Text: LCI@upstart.com | Apr 25 2025 00:04:00 | Upstart Loan Operations, PO Box1503, San Carlos, CA 94070-7503 |
| 14930573 | ^ | MEBN | Apr 25 2025 00:01:19 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14927662 | + | Email/PDF: cbp@omf.com | Apr 25 2025 00:12:19 | Webbank/OneMain, Po Box 3316, Evansville, IN 47732-3316 |
| 14927663 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 25 2025 00:12:08 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 14937943 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 25 2025 00:12:31 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 58

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14927637 | *+ | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14927639 | * | Educational Computer System, 181 Montour Run Rd, Coraopolis, PA 15108-9408 |
| 14927652 | *+ | Sallie Mae Inc, PO Box 3229, Wilmington, DE 19804-0229 |
| 14927638 | ##+ | Educational Computer System, 181 Montour Run Rd., Coraopolis, PA 15108-9408 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 26, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Joint Debtor Sage Marie Young claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | on behalf of Debtor Zachary Nathanial Young claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Zachary Nathanial Young<br><br>  Sage Marie Young<br><br>  Debtor(s). | Case No. 24−13305−pmm<br><br>Chapter: 13 |

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 24, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court