| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-13305-PMM

Zachary Nathanial Young  
Sage Marie Young  
1733 Barrett Dr  
Bethlehem  PA   18017

Petition Filed Date: 09/17/2024  
341 Hearing Date: 10/15/2024  
Confirmation Date: 04/24/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/25/2024 | $2,150.00 | | 11/20/2024 | $150.00 | | 11/25/2024 | $2,150.00 | |
| 12/26/2024 | $2,150.00 | | 01/28/2025 | $2,150.00 | | 02/25/2025 | $2,150.00 | |
| 03/25/2025 | $2,150.00 | | 04/25/2025 | $2,150.00 | | 06/02/2025 | $2,150.00 | |
| 06/26/2025 | $2,150.00 | | 07/25/2025 | $2,150.00 | | | | |

**Total Receipts for the Period: $21,650.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $23,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | ONEMAIN FINANCIAL GROUP LLC »» 001 | Unsecured Creditors | $702.24 | $70.93 | $631.31 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $10,388.16 | $1,254.82 | $9,133.34 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $6,980.69 | $843.21 | $6,137.48 |
| 4 | UPSTART NETWORK INC »» 004 | Unsecured Creditors | $5,130.04 | $619.67 | $4,510.37 |
| 5 | UPSTART NETWORK INC »» 005 | Unsecured Creditors | $8,778.67 | $1,060.41 | $7,718.26 |
| 6 | ONE MAIN FINANCIAL GROUP LLC »» 006 | Unsecured Creditors | $13,527.30 | $1,634.02 | $11,893.28 |
| 7 | US DEPARTMENT OF EDUCATION »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | US DEPARTMENT OF EDUCATION »» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR »» 009 | Unsecured Creditors | $96.30 | $0.00 | $96.30 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR »» 010 | Unsecured Creditors | $141.68 | $17.11 | $124.57 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR »» 011 | Unsecured Creditors | $139.01 | $16.79 | $122.22 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR »» 012 | Unsecured Creditors | $139.01 | $16.79 | $122.22 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 013 | Unsecured Creditors | $96.30 | $0.00 | $96.30 |
| 14 | WELLS FARGO BANK NA »» 014 | Unsecured Creditors | $1,349.26 | $162.98 | $1,186.28 |

**Chapter 13 Case No. 24-13305-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PENNYMAC LOAN SERVICES LLC<br>»» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 016 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | GREENSKY LLC<br>»» 017 | Unsecured Creditors | $2,864.81 | $346.04 | $2,518.77 |
| 18 | UNITED STATES TREASURY (IRS)<br>»» 18P | Priority Crediors | $3,908.18 | $3,908.18 | $0.00 |
| 19 | UNITED STATES TREASURY (IRS)<br>»» 18U | Unsecured Creditors | $113.34 | $0.00 | $113.34 |
| 20 | CITIBANK NA<br>»» 019 | Unsecured Creditors | $3,662.58 | $442.41 | $3,220.17 |
| 21 | CITIBANK NA<br>»» 020 | Unsecured Creditors | $2,292.28 | $276.90 | $2,015.38 |
| 22 | SALLIE MAE<br>»» 021 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | SALLIE MAE<br>»» 022 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | SALLIE MAE<br>»» 023 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | SALLIE MAE<br>»» 024 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 025 | Unsecured Creditors | $2,802.99 | $338.59 | $2,464.40 |
| 27 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 026 | Unsecured Creditors | $1,392.78 | $168.23 | $1,224.55 |
| 28 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 027 | Unsecured Creditors | $3,982.18 | $481.03 | $3,501.15 |
| 29 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 028 | Unsecured Creditors | $491.86 | $49.68 | $442.18 |
| 30 | RESURGENT RECEIVABLES, LLC<br>»» 029 | Unsecured Creditors | $8,978.15 | $1,084.51 | $7,893.64 |
| 31 | LVNV FUNDING LLC<br>»» 030 | Unsecured Creditors | $511.52 | $51.67 | $459.85 |
| 32 | LVNV FUNDING LLC<br>»» 031 | Unsecured Creditors | $1,043.22 | $126.02 | $917.20 |
| 33 | RESURGENT RECEIVABLES, LLC<br>»» 032 | Unsecured Creditors | $463.69 | $46.83 | $416.86 |
| 34 | RESURGENT RECEIVABLES, LLC<br>»» 033 | Unsecured Creditors | $16,809.47 | $2,030.49 | $14,778.98 |
| 35 | PNC BANK<br>»» 034 | Unsecured Creditors | $1,148.22 | $138.68 | $1,009.54 |
| 36 | SYNCHRONY BANK<br>»» 035 | Unsecured Creditors | $1,691.65 | $204.33 | $1,487.32 |
| 37 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 036 | Unsecured Creditors | $291.19 | $35.17 | $256.02 |
| 38 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 037 | Unsecured Creditors | $6,698.52 | $809.14 | $5,889.38 |
| 39 | APPLE CARD - GS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 40 | ASSETCARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 41 | BARCLAYS BANK DELAWARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 42 | COMMERCIAL ACCEPTANCE COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 43 | DERMAPATH DIAGNOSTICS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 44 | EASTERN PA GASTRO & LIVER SPECIALIST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 45 | EDUCATIONAL COMPUTER SYSTEM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 46 | HARRIS & HARRIS LTD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 47 | LVHN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 48 | MED SOLUTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 49 | MEDICAL IMAGING OF LEHIGH VALLEY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 50 | NORDSTROM/TD BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 51 | PENN CREDIT CORPORATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 52 | REVCO SOLUTIONS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 53 | UPGRADE, INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,800.00 | Current Monthly Payment: | $2,028.00 |
| Paid to Claims: | $19,922.63 | Arrearages: | ($610.00) |
| Paid to Trustee: | $1,765.75 | Total Plan Base: | $122,562.00 |
| Funds on Hand: | $2,111.62 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.