Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Zachary Nathanial Young
Sage Marie Young
1733 Barrett Dr
Bethlehem, PA 18017

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-13305-PMM**

Petition Filed Date: 09/17/2024
341 Hearing Date: 10/15/2024
Confirmation Date: 04/24/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2025 | $2,150.00 | | 09/25/2025 | $2,150.00 | | 10/27/2025 | $2,150.00 | |
| 11/25/2025 | $2,150.00 | | 01/08/2026 | $1,060.00 | | 02/09/2026 | $2,028.00 | |
| 03/09/2026 | $2,028.00 | | 04/07/2026 | $2,028.00 | | 05/11/2026 | $2,028.00 | |
| 06/08/2026 | $2,028.00 | | 07/23/2026 | $2,020.00 | | | | |

**Total Receipts for the Period: $21,820.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $45,570.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | ONEMAIN FINANCIAL GROUP LLC »» 001 | Unsecured Creditors | $702.24 | $236.43 | $465.81 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $10,388.16 | $3,497.44 | $6,890.72 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $6,980.69 | $2,350.23 | $4,630.46 |
| 4 | UPSTART NETWORK INC »» 004 | Unsecured Creditors | $5,130.04 | $1,727.17 | $3,402.87 |
| 5 | UPSTART NETWORK INC »» 005 | Unsecured Creditors | $8,778.67 | $2,955.57 | $5,823.10 |
| 6 | ONEMAIN FINANCIAL GROUP LLC »» 006 | Unsecured Creditors | $13,527.30 | $4,554.34 | $8,972.96 |
| 7 | US DEPARTMENT OF EDUCATION »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | US DEPARTMENT OF EDUCATION »» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR »» 009 | Unsecured Creditors | $96.30 | $32.43 | $63.87 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR »» 010 | Unsecured Creditors | $141.68 | $47.69 | $93.99 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR »» 011 | Unsecured Creditors | $139.01 | $34.05 | $104.96 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR »» 012 | Unsecured Creditors | $139.01 | $34.05 | $104.96 |

**Chapter 13 Case No. 24-13305-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 013 | Unsecured Creditors | $96.30 | $32.43 | $63.87 |
| 14 | WELLS FARGO BANK NA<br>»» 014 | Unsecured Creditors | $1,349.26 | $454.26 | $895.00 |
| 15 | PENNYMAC LOAN SERVICES LLC<br>»» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 016 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | GREENSKY INC #3877<br>»» 017 | Unsecured Creditors | $2,864.81 | $964.49 | $1,900.32 |
| 18 | UNITED STATES TREASURY (IRS)<br>»» 18P | Priority Crediors | $3,908.18 | $3,908.18 | $0.00 |
| 19 | UNITED STATES TREASURY (IRS)<br>»» 18U | Unsecured Creditors | $113.34 | $31.90 | $81.44 |
| 20 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 019 | Unsecured Creditors | $3,662.58 | $1,233.10 | $2,429.48 |
| 21 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 020 | Unsecured Creditors | $2,292.28 | $771.79 | $1,520.49 |
| 22 | SALLIE MAE<br>»» 021 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | SALLIE MAE<br>»» 022 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | SALLIE MAE<br>»» 023 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | SALLIE MAE<br>»» 024 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 025 | Unsecured Creditors | $2,802.99 | $943.71 | $1,859.28 |
| 27 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 026 | Unsecured Creditors | $1,392.78 | $468.89 | $923.89 |
| 28 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 027 | Unsecured Creditors | $3,982.18 | $1,340.72 | $2,641.46 |
| 29 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 028 | Unsecured Creditors | $491.86 | $165.57 | $326.29 |
| 30 | RESURGENT RECEIVABLES, LLC<br>»» 029 | Unsecured Creditors | $8,978.15 | $3,022.76 | $5,955.39 |
| 31 | LVNV FUNDING LLC<br>»» 030 | Unsecured Creditors | $511.52 | $172.20 | $339.32 |
| 32 | LVNV FUNDING LLC<br>»» 031 | Unsecured Creditors | $1,043.22 | $351.24 | $691.98 |
| 33 | RESURGENT RECEIVABLES, LLC<br>»» 032 | Unsecured Creditors | $463.69 | $156.10 | $307.59 |
| 34 | RESURGENT RECEIVABLES, LLC<br>»» 033 | Unsecured Creditors | $16,809.47 | $5,659.38 | $11,150.09 |
| 35 | PNC BANK<br>»» 034 | Unsecured Creditors | $1,148.22 | $386.58 | $761.64 |
| 36 | SYNCHRONY BANK<br>»» 035 | Unsecured Creditors | $1,691.65 | $569.52 | $1,122.13 |
| 37 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 036 | Unsecured Creditors | $291.19 | $87.27 | $203.92 |
| 38 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 037 | Unsecured Creditors | $6,698.52 | $2,255.23 | $4,443.29 |
| 39 | APPLE CARD - GS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 40 | ASSETCARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 41 | BARCLAYS BANK DELAWARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 42 | COMMERCIAL ACCEPTANCE COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 43 | DERMAPATH DIAGNOSTICS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 44 | EASTERN PA GASTRO & LIVER SPECIALIST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 45 | EDUCATIONAL COMPUTER SYSTEM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 46 | HARRIS & HARRIS LTD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 47 | LVHN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 48 | MED SOLUTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 49 | MEDICAL IMAGING OF LEHIGH VALLEY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-13305-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 50 | NORDSTROM/TD BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 51 | PENN CREDIT CORPORATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 52 | REVCO SOLUTIONS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 53 | UPGRADE, INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $45,570.00 | Current Monthly Payment: | $2,028.00 |
| Paid to Claims: | $42,132.72 | Arrearages: | $1,956.00 |
| Paid to Trustee: | $3,394.76 | Total Plan Base: | $122,562.00 |
| Funds on Hand: | $42.52 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.